AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

JAMES H. MORGAN,

Plaintiff

v.

YORK CITY SCHOOL DISTRICT, JEFFREY KIRKLAND, CARLOS LOPEZ, TRESA DIGGS, DELORIS PENN, and AGENTS AND OFFICERS OF THE YORK CITY SCHOOL DISTRICT,

Defendants

)
)
)
)
)
)
)

Civil Action No.   1:07-CV-1211

(Judge Conner)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☐ the plaintiff _____ recover from the defendant (name) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____.

X  other:  Summary judgment be and is hereby entered in favor of defendants YORK CITY SCHOOL DISTRICT, JEFFREY KIRKLAND, CARLOS LOPEZ, TRESA DIGGS, DELORIS PENN, and AGENTS AND OFFICERS OF THE YORK CITY SCHOOL DISTRICT, and against plaintiff JAMES H. MORGAN, on all claims, pursuant to the court's memorandum and order (#42), dated December 16, 2009.

This action was (check one):

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge   Judge Christopher C. Conner   on a motion for summary judgment

Date:   Dec 16, 2009

CLERK OF COURT   MARY E. D'ANDREA

_____
Signature of Clerk or Deputy Clerk