IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MORGAN<br>  Plaintiff | : CIVIL ACTION NO. 1:07-cv-1211<br>:<br>: |
| vs. | :<br>: |
| YORK CITY SCHOOL DISTRICT,<br>et at.<br>  Defendant | :<br>:<br>: JUDGE CONNERS |

*FILED*
*HARRISBURG, PA*
*JAN 12 2010*
*MARY E. D'ANDREA, CLERK*
*Per _____ Deputy Clerk*

## NOTICE OF APPEAL

**NOTICE** is hereby given that James Morgan, Plaintiff above named, hereby appeals to the United States Court of Appeals for the Third Circuit form the following order entered by the District Court in this action on December 16, 2009, granting Defendant's Summary Judgment Motion.

Date: **January 11, 2010**

                                         James Morgan - Pro-se
                                         921 Marbrook Lane
                                         York, PA 17404-2212
                                         (717) 815-0877

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MORGAN<br>  Plaintiff | : CIVIL ACTION NO. 1:07-cv-1211<br>:<br>: |
| vs. | :<br>: |
| YORK CITY SCHOOL DISTRICT,<br>et at.<br>  Defendant | :<br>:<br>:<br>: JUDGE CONNERS |

FILED
HARRISBURG, PA
JAN 1 2 2010
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, James Morgan, Plaintiff, hereby certify that on the 12th day of January, 2010, I caused to be served the foregoing **NOTICE OF APPEAL**, by depositing same via United States first class mail, postage prepaid, addressed as follows:

Marshall, Dennehey, Warner
Coleman and Goggin
4200 Crums Mill Road - Suite B
Harrisburg, PA 17112

Date: January 12, 2010

_____
James Morgan, Plaintiff

```
Court Name: District Court
Division: 1
Receipt Number: 111007155
Cashier ID: jcardile
Transaction Date: 01/12/2010
Payer Name: JAMES MORGAN
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JAMES MORGAN
 Case/Party: D-PAM-1-07-CV-001211-001
 Amount:      $455.00
--------------------------------
CHECK
 Check/Money Order Num: 1837
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged. A fee of $45.00 will be
charged for returned checks.
```